USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ARTURO STEVEZ, ON BEHALF OF HIMSELF :
AND ALL OTHER PERSONS SIMILARLY :
SITUATED, :
: 21-CV-6171 (VEC)
Plaintiff, :
-against- : ORDER
:
RUSSELL SAGE COLLEGE, :
:
Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 26, 2022, the parties notified the Court that they have reached an agreement in principle resolving all issues, Dkt. 14;

WHEREAS on January 27, 2022, the Court informed the parties that if they wish for the Court to retain jurisdiction to enforce their settlement agreement, they must submit a copy of their settlement agreement to the Court in accordance with Rule 7.A of the Court's Individual Practices, Dkt. 16 (citing *Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015);

WHEREAS on January 27, 2022, the parties filed a proposed consent decree that states that the Court will retain jurisdiction over its enforcement, Dkt. 15; and

WHEREAS it is the Court's practice not to retain jurisdiction unless the parties have filed the entire settlement agreement on the docket.

IT IS HEREBY ORDERED that the parties must inform the Court whether the consent decree constitutes the entire settlement agreement between the parties. If the consent decree does not constitute the entire settlement agreement (e.g., if there was a side agreement pursuant to which financial compensation was paid to Plaintiff or Plaintiff's counsel), the parties must either (a) provide a copy of the entire agreement; or (b) explain why they are unwilling to file the

entire agreement on the docket and why the Court should nevertheless retain jurisdiction over the part of the settlement discussed in the proposed consent decree. If the consent decree does constitute the entire settlement agreement, then both parties must provide sworn declarations that there were no other provisions of the settlement agreement, including with respect to any payments to Plaintiff or Plaintiff's counsel. The parties must file this supplemental submission by no later than **Friday, February 4, 2022**.

**SO ORDERED.**

Date: January 28, 2022
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**